# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| vs. : | Case No. 7:15-CR-2 (HL) |
| : | |
| (1) GREGORY PAIGE A/K/A "RUDY," : | |
| (2) DEQUAVEOUS LANE A/K/A "QUAY," : | |
| (3) KEVIN K. DEBERRY A/K/A "BEAR," : | |
| (4) JOHN W. WILCOX A/K/A "JOHN : | |
| BOY," (5) MARION F. DEBERRY A/K/A : | |
| "FUNK," (6) TONY A. CRUMPTON A/K/A : | |
| "TC," (7) WILLIAM DEBERRY, (8) : | |
| ANTHONY DEBERRY A/K/A "FLEA," (9) : | |
| DAN WISEMAN A/K/A "DD," : | |
| (10) SHALINDA WILCOX, and (11) : | |
| VERNARDO HENLEY A/K/A "SACK," : | |
| : | |
| **DEFENDANTS.** : | |

_____

## ORDER OF CONTINUANCE AND SETTING STATUS CONFERENCE

Defendants were indicted in a then-sealed 42-count indictment, including one count alleging a drug trafficking conspiracy involving all eleven defendants, on January 14, 2015. All Defendants except William Deberry and Dan Wiseman were arrested and had their initial appearances on January 21, 2015. Arraignments and detention hearings were held on those Defendants from January 21, 2015 through February 3, 2015. Defendant William Deberry had his initial appearance and arraignment on January 30, 2015. Defendant Dan Wiseman had his initial appearance and arraignment on March 10, 2015. All Defendants except Crumpton and defendant Shalinda Wilcox remain in custody.

At this point, except as to Wiseman, who made his first appearance in this Court on March 10, 2015, the discovery process has begun, but, because of the amount and complexity of the discovery, discovery has not yet been completed. In a joint motion to continue, the parties submit that a continuance in the matter is needed to permit the parties time to complete discovery and other needed preparation and to complete any plea negotiations aimed at resolution of the matter. Because the matter is so complex due to the number or defendants and nature of the prosecution, pretrial and trial preparation cannot be completed within the speedy trial time limits.

Accordingly, it is hereby ordered that the above-referenced matter be continued to the next regularly scheduled term of Court for the Valdosta Division of this district, and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h). The time for filing motions in this case is also extended to not later than 14 days before the scheduled pretrial conference in this matter. It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i), that the case is so complex due to the number of defendants and nature of the prosecution that counsel cannot reasonably complete adequate preparations for pretrial proceedings and for trial within the speedy trial time limits, 18 U.S.C. § 3161(h)(7)(B)(ii), and that failure to grant

such continuance would deny counsel for Defendants and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § (h)(7)(B)(iv).

While the Court agrees that it is in the interest of justice to continue this case to the next trial term, the Court would like to address the status of the case with all counsel of record. Therefore, it is ordered that all counsel, unless otherwise previously excused, shall appear on Thursday, March 26, 2015 at 9:30 a.m. for a status conference.

**SO ORDERED**, this 23rd day of March, 2015.

>*s/ Hugh Lawson*_____
>**HUGH LAWSON**
>**SENIOR DISTRICT JUDGE**

aks