&GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   7:15-CR-00002-001 (HL) |
| **GREGORY PAIGE** | |

On October 14, 2015, Gregory Paige was sentenced to 120 months of imprisonment for the offense of Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base in violation of 21 U.S.C. § 846 i/c/w 21 U.S.C. § 841 (a)(1) and 21 U.S.C. § 841 (b)(1)(A). The Court ordered Paige to serve five years on supervised release upon the completion of his term of imprisonment. On November 7, 2022, the term of supervision commenced.

Gregory Paige has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Gregory Paige be discharged from supervision.

Respectfully submitted,

*Megan A. Howdeshell*

Megan A. Howdeshell
U.S. Probation Officer Assistant

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____4th____ day of ____May____, 2026.

*Leslie Abrams Gardner*

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE